# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GEORGE S. LEWIS, JR.  
1216 S. JOHNSTON AVENUE  
ROCKFORD, IL  61102  

SSN-xxx-xx-1047

Case Number: 06-71326

Case filed on: 7/28/2006  
Plan Confirmed on: 10/27/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,360.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | KLUEVER & PLATT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FIRST NATIONAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HERBERT I. GREENE #56 | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GEORGE S. LEWIS, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 6,377.28 | 6,377.28 | 4,826.74 | 535.65 |
| 003 | SELECT PORTFOLIO SERVICING INC | 65,587.18 | 0.00 | 0.00 | 0.00 |
| 004 | SELECT PORTFOLIO SERVICING INC | 7,777.55 | 1,917.45 | 1,917.45 | 0.00 |
|  | Total Secured | 79,742.01 | 8,294.73 | 6,744.19 | 535.65 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY HERBERT I GREENE | 746.97 | 746.97 | 400.84 | 0.00 |
| 007 | PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WORLD FINANCIAL NETWORK NATIONAL BANK | 272.16 | 272.16 | 146.04 | 0.00 |
| 013 | CELIA LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS BANKRUPTCY SERVICE | 9,949.64 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,968.77 | 1,019.13 | 546.88 | 0.00 |
|  | Grand Total: | 90,710.78 | 9,313.86 | 7,291.07 | 535.65 |

Total Paid Claimant: $7,826.72  
Trustee Allowance: $533.28  
Percent Paid Unsecured: 53.66

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan